Appeals for the District of Columbia denied. *Mr. Henry I. Quinn* for petitioners. *Messrs. Alvin L. Newmyer, David G. Bress, Howard W. Vesey,* and *Donald C. Beeler* for respondent.

Nos. 398 and 399. ADAMS ET AL. *v.* GREAT LAKES UTILITIES CORP. ET AL. November 7, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hubert G. King* for petitioners. *Messrs. Hugh M. Morris* and *Edwin D. Steel, Jr.* for respondents.

No. 401. C. I. T. CORPORATION *v.* HIMES, TRUSTEE, ET AL. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Louis Caplan* and *Charles H. Sachs* for petitioner. *Mr. Leslie R. Himes, pro se.*

No. 404. SAINT PAUL MERCURY INDEMNITY CO. *v.* RED CAB CO. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Burke G. Slaymaker* for petitioner. *Mr. William E. Reiley* for respondent.

No. 414. HAMMOND *v.* IRVING TRUST CO., TRUSTEE. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edwin J. Lukas* for petitioner. *Mr. Murray C. Bernays* for respondent.

No. 403. FERRIBEE *v.* UNITED STATES ET AL. November 14, 1938. Petition for writ of certiorari to the Circuit